No. 15,964.

SHELTON, DOING BUSINESS AS JACK SHELTON REALTY COMPANY *v.* CLYMER ET AL.
(192 P. [2d] 448)

Decided April 12, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. THEODORE J. ADAMS, for plaintiff in error.

Mr. PAUL A. RUSTON, for defendants in error.